UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LASHARA HAWKINS, Guardian Ad Litem of J.D.H., a minor | ) ) | |
|       Plaintiff, | ) | Case No.: CV 13-01853 (MAN) |
| | ) | |
|    vs. | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| CAROLYN W. COLVIN, Commissioner Of Social Security, | ) ) | |
|       Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorneys' fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND TWO HUNDRED FIFTY DOLLARS ($4,250.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 4, 2014

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE